# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

157754 & (19)(20)(21)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK TWAIN GADDIS,
      Defendant-Appellant.

SC: 157754
COA: 343617
Wayne CC: 17-006849-FH

_____/

      On order of the Court, the motion by defendant-appellant to withdraw his application for leave to appeal, motion for stay, and motion for immediate consideration is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk

t0529